FILED

05/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 17-0697

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 17-0697

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.                               O R D E R

MONTE KAYMEN FUNKHOUSER,

     Defendant and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Gregory G. Pinski, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 20 2020